IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 13 |
| | § | |
| WENDY DENISE BARNES, | § | CASE NO: 12-12860 |
| SSN: xxx-xx-4617 | § | |
| | § | JUDGE DRAKE |
| | § | |
| Debtor(s) | § | |

**ATTORNEY FOR DEBTOR'S NOTICE OF WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM OF PORTFOLIO RECOVERY ASSOCIATES, LLC, CLAIM NUMBER 7**

COME NOW attorneys for the Debtor and hereby withdraws their Objection to Proof of Claim

Filed by Portfolio Recovery Associates, LLC, Claim Number 7.

/S/ James N. Stanley
James N. Stanley, Jr., Esq.
Attorney for Debtor
GA. Bar No. 675077

325 S. 9th Street
P.O. Box 185
Griffin, Georgia 30224
Office (770) 228-5760
jnslawfirm@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 13 |
| | § | |
| WENDY DENISE BARNES, | § | CASE NO: 12-12860 |
| SSN: xxx-xx-4617 | § | |
| | § | JUDGE DRAKE |
| | § | |
| Debtor(s) | § | |

CERTIFICATE OF SERVICE

This is to Certify that I have on this 7th day of November, 2013 served a copy of the within and foregoing Withdrawal of Objection To Proof Of Claim on the following attached service list by placing a copy of same in the United States Mail in properly addressed envelope with adequate postage affixed thereon to insure delivery.

Adam M. Goodman, Trustee
260 Peachtree St. N.W.
Suite 200
Atlanta, GA 30303

Wendy Denise Barnes
113 Ashley Oaks Drive
Barnesville, GA 30204

Portfolio Recovery Associates, LLC
Attn: Valerie Smith, Bankruptcy Representative
P.O. Box 41067
Norfolk, VA 23541

/S/ James N. Stanley
James N. Stanley, Jr., Esq.
Attorney for Debtor
GA. Bar No. 675077

325 S. 9th Street
P.O. Box 185
Griffin, Georgia 30224
Office (770) 228-5760
jnslawfirm@gmail.com